NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MCKESSON TECHNOLOGIES INC. (formerly McKesson Information Solutions, LLC),**
*Plaintiff-Appellant,*

v.

**EPIC SYSTEMS CORPORATION,**
*Defendant-Appellee,*

---

2010-1291

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 06-CV-2965, Chief Judge Jack T. Camp.

---

**ON MOTION**

---

## ORDER

McKesson Information Solutions LLC moves without opposition for McKesson Technologies Inc. to be substituted for McKesson Information Solutions LLC and to reform the caption.

Accordingly,

IT IS ORDERED THAT:

The motion to substitute and reform the caption is granted to the extent that the revised official caption is reflected above.

FOR THE COURT

**JUL 0 9 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul D. Clement, Esq.
    William H. Boice, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 0 9 2010**

**JAN HORBALY**
**CLERK**